# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

May 23, 2022

~~SEALING REQUESTED~~

REQUEST GRANTED.
The Motion Hearing previously set for May 26, 2022 is canceled. Instead, a Status Conference is scheduled for June 28, 2022 at 11:00AM in Courtroom 15C.

5/24/2022  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

**RE:** *United States v. Brian Kung*, 20-cr-129 (LJL)

Dear Judge Liman:

I represent Brian Kung. Your Honor scheduled a hearing on Thursday, May 26, 2022 for pretrial motions. As Your Honor knows, we elected not to file any motions. Accordingly, we respectfully request that the hearing be cancelled and that a status conference be scheduled for Tuesday, June 28, 2022 at 11AM when I understand Your Honor is available. I have consulted with the Government, and the Government consents to these requests.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Copies by email to:
  AUSA Stephanie Lake
  AUSA Sebastian Swett
  AUSA Aline Flodr
  Brian Kung

Admitted: NY, CT, DC