# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

March 1, 2023

**SEALING REQUESTED**

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

> **REQUEST GRANTED.**
> The Court approves the temporary modification of conditions of Mr. Kung's bond to allow him to travel as proposed.
>
> 3/10/2023   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

RE:   *United States v. Brian Kung*, 20-cr-129 (LJL)

Dear Judge Liman:

    I represent Brian Kung, and I am writing to request a temporary modification of the conditions of Mr. Kung's bond to allow him to travel to Albany, New York, on March 25-26, 2023.  The purpose of the trip is to accompany his girlfriend when she takes her son to the University of Albany for an accepted students' open house.  She has no experience with a child who has been accepted to college and is relying on Mr. Kung to help her son.  I have consulted with the Assistant United States Attorneys and Mr. Kung's Probation Officer.  Both consent so long as Mr. Kung provides details for the trip in advance.  Accordingly, I respectfully request that Your Honor permit Mr. Kung to make the trip and direct that he provide specific information, including where he will stay in Albany, at least three days in advance of his departure.

    Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

Copies by email to:
    AUSA Aline Flodr
    AUSA Sebastian Swett
    Probation Officer Jazzlyn Harris
    Brian Kung

Admitted:  NY, CT, DC