# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue, White Plains, New York 10601

March 16, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for May 16, 2023 is rescheduled to June 14, 2023 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 4/14/2023   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

**RE:**   *United States v. Brian Kung, 20-cr-129 (LJL)*

Dear Judge Liman

    I represent Brian Kung who is scheduled to be sentenced by Your Honor on May 16, 2023.  I am writing to request that the sentencing be adjourned until a date convenient for the Court after June 12, 2023.  I start a three-defendant trial before the Honorable Jed S. Rakoff on May 1, 2023.  *See United States v. Jatiek Smith, et al.*, 22-cr-532 (JSR).  The Government has estimated that the trial will last 3-4 weeks without taking into consideration the defense cases.  With three defendants, the trial could easily last into early June.  I have conferred with AUSA Aline R. Flodr, and the Government consents to this request.

    Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

cc:   AUSA Aline R. Flodr (by email)
      Brian Kung (by email)

Admitted:  NY, CT, DC