# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

June 15, 2023

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

**REQUEST GRANTED.**
The Judgment will reflect the recommendation and surrender date as proposed.

6/16/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

RE:   *United States v. Brian Kung*, 20-cr-129 (LJL)

Dear Judge Liman:

    Brian Kung has talked to his children, and I respectfully request that Your Honor recommend to the Bureau of Prisons that Mr. Kung be designated to Danbury FCI in Connecticut, or Fort Dix FCI in New Jersey in order to be close to family. We also request that Your Honor move up the date by which Mr. Kung must surrender to July 17, 2023. Mr. Kung's daughter Stacy is getting married on February 7, 2024, and the earlier surrender date allows him to attend. I have conferred with AUSA Sebastian Swett, and the Government consents to these requests.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Copies by email to:
    AUSA Sebastian Swett
    AUSA Aline Flodr
    Brian Kung

Admitted:  NY, CT, DC