# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 3, 2024

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman, USDJ
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

> REQUEST GRANTED.
> The U.S. Probation Department is ordered to release Mr. Kung's passport either to Mr. Kung, in person, or to Ms. Shellow, on Mr. Kung's behalf.
>
> 1/4/2024   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

RE:   *United States v. Brian Kung, 20-cr-129 (LJL)*

Dear Judge Liman:

I represent Brian Kung and I am writing to request respectfully that Your Honor enter an Order authorizing the United States Probation Department to release Mr. Kung's passport either to Mr. Kung, in person, or to me on Mr. Kung's behalf.  I have conferred with AUSA Aline R. Flodr, and the Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Copies by email to:
    AUSA Aline R. Flodr
    Brian Kung

Admitted:  NY, CT, DC